## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 15-cv-00979-CMA

THOMAS H. WILSON,

    Plaintiff,

v.

DANCING BEAR RESIDENCES OWNERS ASSOCIATION, INC.,
    a Colorado not for profit corporation,
DANCING BEAR PROJECT OWNER, LLC, a Delaware limited liability company,

    Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

---

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Without Prejudice (Doc. 12).  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITHOUT PREJUDICE.

DATED August 6, 2015

        BY THE COURT:

        _____
        CHRISTINE M. ARGUELLO
        United States District Court